# Exhibit C

**ADORNO & YOSS**
A LIMITED LIABILITY CORPORATION
1349 W. PEACHTREE STREET, NE, SUITE 1500
ATLANTA, GA 30309
PHONE: (404) 347-8300, FAX: (404) 347-8395
WWW.ADORNO.COM

*Not Signed*
*Not Sent*

VICKIE S. CARLTON-SADLER

DIRECT LINE: (404) 347-8531
DIRECT FAX: (404 601-5832
EMAIL: VCARLTONSADLER@ADORNO.COM

July 29, 2009

VIA FACSIMILE and U.S. MAIL

David M. Wiesenfeld, Esq.
Abbott Law Firm, P.A.
2929 Plummer Cove Road
Jacksonville, Fl 32223

Re:   *Charles D, Hall, Sr. v. 84 Lumber Company, et al.*

Dear Mr. Wiesenfeld:

This letter will memorialize our request to you to have your client, Charles D. Hall, Sr. (hereinafter "Plaintiff) execute a HIPPA authorization form to facilitate our discovery of medical records in this matter. 84 Lumber, Darren Richardson and Keith Conner (hereinafter "the Defendants") and the law firm of Adorno & Yoss LLC, in return for your sending us the signed HIPPA form signed by Mr. Hall, here by agree as follows

1.   Adorno & Yoss LLC will immediately notify Plaintiff's attorney of each use of the HIPPA form, including: (a) the identity of the medical provider to whom it is delivered; and (b) all correspondence between Adorno & Yoss LLC and that healthcare provider regarding Plaintiff.

2.   We further agree to provide Plaintiff's attorneys with copies of everything received from the use of the HIPPA form immediately upon receipt by Adorno & Yoss LLC.

It is further stipulated and agreed that if Adorno & Yoss LLC fails to comply with the instructions listed in paragraphs 1 and 2 above, that such non-compliance will have detrimentally harmed Plaintiff, and therefore the following remedies will apply:

David M. Wiesenfeld, E.
July 29, 2009
Page 2

    a. The Defendants will not offer into evidence any materials received by use of said HIPPA form; and

    b. The Defendants and/or Adorno & Yoss LLC will be subject to further sanctions by the court for such non-compliance if it is determined by the court that the Plaintiff has been harmed by said non-compliance.

Please contact me at (404) 347-8531.

                        Sincerely,

                        Vickie S. Carlton-Sadler

VSC/cdh

271004

**DICTATED BY D. WIESENFELD