# Exhibit D

# ADORNO & YOSS

A LIMITED LIABILITY CORPORATION
1349 W. PEACHTREE STREET, NE, SUITE 1500
ATLANTA, GA 30309
PHONE: (404) 347-8300, FAX: (404) 347-8395
WWW.ADORNO.COM

VICKIE S. CARLTON-SADLER

DIRECT LINE: (404) 347-8531
DIRECT FAX: (404) 601-5832
EMAIL: VCARLTONSADLER@ADORNO.COM

July 30, 2009

**VIA E-MAIL and FACSIMILE**

David M. Wiesenfeld, Esq.
Abbott Law Firm, P.A.
2929 Plummer Cove Road
Jacksonville, FL 32223

    Re:   *Charles D, Hall, Sr. v. 84 Lumber Company, et al.*

Dear Mr. Wiesenfeld:

Attached is the request for duplicate copies of produced medical records as discussed. Once we send out the medical records request, we will confirm with you receipt of records from each provider we have contacted. Please fax the signed HIPPA release to me at (404) 601-5832 upon receipt.

Please contact me if you have any questions.

Sincerely,

Vickie S. Carlton-Sadler

VSC/cdh
Attachment

271100

CALIFORNIA    FLORIDA    GEORGIA    MASSACHUSETTS    MISSOURI    NEW JERSEY    NEW YORK    TEXAS    WASHINGTON, D.C.
ATTORNEYS ADMITTED SOLELY IN THE JURISDICTION WHERE LISTED OFFICE IS LOCATED, UNLESS OTHERWISE NOTED