# Exhibit F

# ABBOTT LAW FIRM, P.A.

2929 PLUMMER COVE ROAD
JACKSONVILLE, FLORIDA 32223
(904) 292-1111    (904) 292-1220 Fax

F. CATFISH ABBOTT
BOARD CERTIFIED
CIVIL TRIAL ATTORNEY

SERIOUS BODILY INJURY
OR WRONGFUL DEATH

August 3, 2009

**FACSIMILE TRANSMISSION and U.S. MAIL**
**FAX NO.: 404-601-5832**

Vickie S. Carlton-Sadler, Esq.
1349 West Peachtree Street N.E., Suite 1500
Atlanta, GA 30309

    RE:    Charles D. Hall, Sr. v. 84 Lumber Company

Dear Vickie:

    We are in receipt of your assistant, Carla Hardwick's, e-mail of August 3, 2009, requesting we fax to you the HIPPA form. Please re-read my letter to you of July 30, 2009 (attached to Carla's e-mail), which stated that we will fax the HIPPA authorization directly to the health care providers that you designate. That will be the most expedient way for both of us to receive the same records from the same health care providers at the same time!

    Additionally, we are waiting to hear from you with regard to a location for the deposition of the corporate representative for 84 Lumber, which we tentatively have scheduled for August 13, 2009, at 9:30 a.m. Please let us know that address within a couple of days.

Yours sincerely,

David M. Wiesenfeld, Esq.

DMW/emf