# Exhibit G

# ADORNO & YOSS

A LIMITED LIABILITY CORPORATION
1349 W. PEACHTREE STREET, NE, SUITE 1500
ATLANTA, GA 30309
PHONE: (404) 347-8300, FAX: (404) 347-8395
WWW.ADORNO.COM

VICKIE S. CARLTON-SADLER

DIRECT LINE: (404) 347-8531
DIRECT FAX: (404) 601-5832
EMAIL: VCARLTONSADLER@ADORNO.COM

August 4, 2009

**VIA FACSIMILE and U.S. MAIL**

David M. Wiesenfeld, Esq.
Abbott Law Firm, P.A.
2929 Plummer Cove Road
Jacksonville, FL 32223

    Re:    *Charles D. Hall, Sr. v. 84 Lumber Company, et al.*

Dear Mr. Wiesenfeld:

    Per our agreement, this letter serves to notify you that we have mailed out to our process server the subpoenas and Request for Production of Documents to Non-Party as follows:

1. Dr. Robert Yant
   Podiatry Associates of Florida
   1914 Southside Boulevard, Suite 1
   Jacksonville, FL 32216

2. Dr. Victoria E. Hoff-Joinville
   501 Kings Bay Road
   Kingsland, GA 31548

3. Dr. Robert D. Hoffman
   Chatham Orthopedic Associates, P.C.
   4425 Paulsen Street
   Savannah, GA 31405

4. Dr. F. Hakim
   Bahri Orthopedics & Sports Medicine Clinic, P.A.
   2545 Riverside Avenue
   Jacksonville, FL 32204

David M. Wiesenfeld, Esq.
August 4, 2009
Page 2

5.  Maria Andino
    Brooks Rehabilitation
    320 Dundas Avenue, Suite 8
    Jacksonville, FL 32218

6.  Dr. William J. Pujadas
    Jacksonville Orthopedic Institute
    1325 San Marco Boulevard, Suite 200
    Jacksonville, FL 32207

7.  Dr. Hiram A. Carrasquillo
    Jacksonville Orthopaedic Institute
    1325 San Marco Boulevard, Suite 200
    Jacksonville, FL 32207

8.  Baptist Medical Center
    800 Prudential Drive
    Jacksonville, Florida 32207

Please forward an executed HIPPA form to the above so that we may receive the medical records. Please contact me if you have any questions.

Sincerely,

Vickie S. Carlton-Sadler

VSC/cdh
Enclosures

271458

**HP Officejet 6310** | **Log for**
Personal Printer/Fax/Copier/Scanner

Aug 04 2009 4:13PM

## Last Transaction

| Date | Time | Type | Station ID | Duration | Pages | Result |
|------|------|------|------------|----------|-------|--------|
| Aug 4 | 4:12PM | Fax Sent | 19042921220 | 1:14 | 3 | OK |