# Exhibit H

# ABBOTT LAW FIRM, P.A.
2929 PLUMMER COVE ROAD
JACKSONVILLE, FLORIDA 32223
(904) 292-1111    (904) 292-1220 Fax

F. CATFISH ABBOTT
BOARD CERTIFIED
CIVIL TRIAL ATTORNEY

SERIOUS BODILY INJURY
OR WRONGFUL DEATH

August 6, 2009

**FACSIMILE TRANSMISSION and U.S. MAIL**
**FAX NO.: 404-601-5832**

Vickie S. Carlton-Sadler, Esq.
1349 West Peachtree Street N.E., Suite 1500
Atlanta, GA 30309

RE:   Charles D. Hall, Sr.  v. 84 Lumber Company

Dear Vickie:

Sent herewith is an un-executed "Authorization to Disclose Health Information" form which we propose sending to each of the health care providers listed in your letter of August 4, 2009. This is our standard form used for these purposes. Since each of us failed to mention cost in our previous discussions, I wanted to confirm with you that your office will be responsible for the cost of this copying and mailing. (See Paragraph "8" in the Authorization.) Upon receipt of your agreement to pay the mailing and copying costs for those records, we will fax this authorization to your eight listed healthcare providers as expeditiously as possible.

Yours sincerely,

David M. Wiesenfeld, Esq.

DMW/emf
Enclosure

P.S. I have been informed that we cannot find a fax number for "Dr. Victoria E. Hoff-Joinville" and it appears that her office in Kingsland may be closed.