# Exhibit M



**ADORNO & YOSS**

| | |
|---|---|
| **To:** David Wiesenfeld | **Company:** Abbott & Wiesenfeld, P.A. |
| **Fax:** 904-292-1220 | **Phone:** 904-292-1111 |
| **From:** **Vickie S. Carlton-Sadler** | **Date:** November 13, 2009 |
| **Ref #:** | **# of Pages:** 3 |
| ☐ Urgent | ☒ For Review |
| ☒ Please Reply | ☐ Please Comment |

Please note the attached regarding HIPAA releases needed.   Vickie

From the desk of ...

Vickie S. Carlton-Sadler
Adorno & Yoss LLP
1349 W. Peachtree Street, NE
Suite 1500
Atlanta, GA  30309

(404) 347-8531
Fax:  (404 601-5832

{526_1}

ADORNO & YOSS
A LIMITED LIABILITY CORPORATION
1349 W. PEACHTREE STREET, NE, SUITE 1500
ATLANTA, GA 30309
PHONE: (404) 347-8300, FAX: (404) 347-8395
WWW.ADORNO.COM

VICKIE S. CARLTON-SADLER

DIRECT LINE: (404) 347-8531
DIRECT FAX: (404 601-5832
EMAIL: VCARLTONSADLER@ADORNO.COM

November 13, 2009

**VIA U.S. MAIL and FACSIMILE**
David M. Wiesenfeld, Esq.
Abbott Law Firm, P.A.
2929 Plummer Cove Road
Jacksonville, FL 32223

  Re: *Charles D, Hall, Sr. v. 84 Lumber Company, et al.*

Dear Mr. Wiesenfeld:

 We are requesting that you send us a HIPAA release for the following medical providers:

1. Dr. George L. Vega;
2. Dr. Robert D. Yant;
3. Injured Workers Pharmacy, LLC;
4. Pavillion Pharmacy, 1325 San Marco Blvd., Jacksonville, FL 32207;
5. Walgreens Pharmacy, 5340 Soutel Dr., Jacksonville, FL;
6. Walmart Supercenter, 1024 S. Highway 19, Palatka, FL 32177; and
7. Walmart Supercenter, 6586 Ga. Hwy 40E., St. Marys, GA

As you know, it is imperative that we receive these releases in order to comply with the Judge's order and also to complete discovery in this action. For Dr. Yant, we need the HIPAA release specifically to state that we can talk to Dr. Yant regarding Mr. Hall's prognosis and condition.

David M. Wiesenfeld, Esq.
November 13, 2009
Page 2

Please contact me if you have any questions.

Sincerely,

*Vickie S. Carlton-Sadler* (signature)

Vickie S. Carlton-Sadler

VSC/cdh
cc: V. Sharon Edenfield, Esq.

271100

```
                    *********************
                    ***   TX REPORT    ***
                    *********************

TRANSMISSION OK

TX/RX NO                    3110
RECIPIENT ADDRESS           569*19042921220
DESTINATION ID
ST. TIME                    11/13 17:36
TIME USE                    00'39
PAGES SENT                  3
RESULT                      OK
```

# FAX

**ADORNO & YOSS**

| | | | |
|---|---|---|---|
| **To:** | David Wiesenfeld | **Company:** | Abbott & Wiesenfeld, P.A. |
| **Fax:** | 904-292-1220 | **Phone:** | 904-292-1111 |
| **From:** | **Vickie S. Carlton-Sadler** | **Date:** | November 13, 2009 |
| **Ref #:** | | **# of Pages:** 3 | |

☐ Urgent                    ☒ For Review
☒ Please Reply              ☐ Please Comment

Please note the attached regarding HIPAA releases needed.   Vickie

From the desk of ...

Vickie S. Carlton-Sadler
Adorno & Yoss LLP
1349 W. Peachtree Street, NE
Suite 1500
Atlanta, GA  30309

(404) 347-8531
Fax: (404 601-5832