IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| CHARLES D. HALL, SR., ) <br> ) <br>    Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> 84 LUMBER COMPANY, ) <br> DARREN RICHARDSON, and ) <br> KEITH CONNOR, ) <br> ) <br>    Defendants/Third Party ) <br>    Plaintiffs, ) <br> ) <br> vs. ) <br> ) <br> ROBERT VINAL and ROBERT C. ) <br> VINAL, INC., ) <br> ) <br>    Third Party Defendants. ) | Civil Action File No. <br> 4:09-CV-57-WTM |

## AMENDED SCHEDULING ORDER

Pursuant to Federal Rule of Civil Procedure 16(b) and the Local Rules of this Court, and after considering the parties' Joint Motion to Enter Amended Scheduling Order, the Court imposes the following deadlines in the above-styled case:

| | |
|---|---|
| CLOSE OF DISCOVERY | April 25, 2010 |
| LAST DAY FOR FILING CIVIL MOTIONS **EXCLUDING MOTIONS IN LIMINE** [30 DAYS AFTER CLOSE OF DISOCVERY] | May 25, 2010 |

Motions in limine shall be filed no later than 5 days prior to the pre-trial conference.

All motions, other than summary judgment motions and motions to dismiss, shall be accompanied with a proposed order.

SO ORDERED this 22nd day of March, 2010.

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA