## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF GEORGIA
## SAVANNAH DIVISION

| | |
|---|---|
| **CHARLES D. HALL, SR.,** | |
| *Plaintiff,* | |
| v. | |
| **84 LUMBER COMPANY, DARREN RICHARDSON and KEITH CONNOR,** | *Civil Action No.  4:09-CV-57* |
| *Defendants, Third-Party Plaintiffs,* | |
| *v.* | |
| **ROBERT VINAL and ROBERT C. VINAL, INC.,** | |
| *Third-Party Defendants.* | |

## JOINT MOTION TO AMEND SCHEDULING ORDER AND EXTEND DISCOVERY

**COME NOW**, all Parties in te above-styled action and move this Court to amend the current scheduling order to extend the discovery period and show the Court as follows:

The parties herein wish to extend the discovery period by sixty days until June

6/090105/00142834.WPD

21, 2010 to allow them to conduct discovery on the newly raised claims by Defendant/ Third-Party Plaintiff against the Third-Party Defendants as well as to complete discovery on medical and insurance coverage issues.   Dispositive motions are currently due on or before 5/28/10.   The parties ask that the scheduling order be amended to reflect that dispositive motions be due on or before July 24, 2010.

     This 23rd day of April, 2010

 

                               /S   Craig R. White
                               Craig R. White, Esq.
                               Georgia Bar No.: 753030
                               Bryce W. Mowbray, III, Esq.
                               Georgia Bar No.: 527488
                               Attorneys for Third-Party
                               Defendants

**SKEDSVOLD & WHITE, LLC**
1050 Crown Pointe Parkway, Suite 710
Atlanta, Georgia 30338
770-392-8610
Fax:   770-392-8620
Email: cwhite@skedsvoldandwhite.com

Consented to by:

 /S Catfish Abbot by CRW with express permission
Catfish Abbot, Esq
David Weisenfeld, Esq
G. Brinson Williams, Esq.
Counsel for Plaintiff

  /S Vickie S. Carlton-Sadler by CRW with express permission
Vickie S. Carlton-Sadler, Esq.
Carl A. Gebo, Esq.
V. Sharon Edenfield, Esq.
Counsel for Defendants/Third-Party
Plaintiffs

## <u>CERTIFICATE OF SERVICE</u>

This is to certify that I have this day served counsel for all parties in the foregoing matter with a copy of this document by sending the document by electronic means via the Court's ECF system which will electronically deliver a copy to the following attorneys of record as follows:

> V. Sharon Edenfield, Esq.
> Edenfield, Cox, Bruce & Classens, P.C.
> Post Office Box 1700
> Statesboro, Georgia 30459
>
> Vickie S. Carlton-Sadler, Esq.
> Carl A. Gebo, Esq.
> Adorno & Yoss, LLP
> 1349 West Peachtree Street N.E.
> Suite 1500
> Atlanta, GA 30309
>
> G. Brinson Williams, Esq.
> Jones, Osteen and Jones
> Post Office Box 800
> Hinesville, GA 31310
>
> Fred Catfish Abbott, Esq.
> David M. Wiesenfeld, Esq.
> Abbott Law Firm, PA
> 2929 Plummer Cove Road
> Jacksonville, FL 32223

6/090105/00142834.WPD

This 23rd day of April, 2010

                        /S Craig R. White

                        *Craig R. White, Esq.*

                        *Attorney for Third Party Defendant*

                        *Robert Vinal and Robert C. Vinal, Inc.*

**SKEDSVOLD & WHITE, LLC**
1050 Crown Pointe Parkway, Suite 710
Atlanta, Georgia 30338
770-392-8610
Fax:   770-392-8620
Email: cwhite@skedsvoldandwhite.com