# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | |
|---|---|
| **CHARLES D. HALL, SR.,** *Plaintiff,* v. **84 LUMBER COMPANY, DARREN RICHARDSON and KEITH CONNOR,** *Defendants, Third-Party Plaintiffs,* v. **ROBERT VINAL and ROBERT C. VINAL, INC.,** *Third-Party Defendants.* | *Civil Action No. 4:09-CV-57* |

## ORDER

Having considered the parties' joint motion to extend discovery and it appearing to the Court that the requested extension is reasonable, IT IS HEREBY ORDERED that the parties shall have until June 21, 2010 to complete discovery. Dispositive motions shall be filed on or before July 24, 2010. This order amend any

6/090105/00143111.WPD

pre-trial orders with regard to dates for the end of discovery and filing of dispositive motions.

SO ORDERED, this 27th day of April, 2010.

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA