IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| CHARLES D. HALL, SR., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| 84 LUMBER COMPANY, | ) | |
| DARREN RICHARDSON, and | ) | Civil Action File No. |
| KEITH CONNOR, | ) | 4:09-CV-57-WTM |
| | ) | |
| Defendants/Third-Party | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| ROBERT VINAL and ROBERT C. | ) | |
| VINAL, INC., | ) | |
| | ) | |
| Third-Party Defendants. | ) | |

## DEFENDANTS'/THIRD-PARTY PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT AGAINST PLAINTIFF ON TORT IMMUNITY

COMES NOW, Defendants/Third-Party Plaintiffs 84 Lumber Company, Darren Richardson, and Keith Connor, by and through counsel, in the above styled action, and pursuant to Rule 56 of the Federal Rules of Civil Procedure, files this Motion for Summary Judgment on Tort Immunity.

There is no genuine issue of material fact, and Defendants/Third-Party Plaintiffs are entitled to judgment as a matter of law on all counts of Plaintiff's claims against, as more fully discussed in the brief being filed simultaneously herewith.

WHEREFORE, Defendants/Third-Party Plaintiffs respectfully request that this Court enter summary judgment in its favor.

Respectfully submitted this 14th day of May, 2010.

                              **ADORNO & YOSS LLC**

                              */s/ Vickie S. Carlton-Sadler*
Carl A. Gebo
Georgia State Bar No. 288711
Vickie S. Carlton-Sadler
Georgia State Bar No. 110410

Two Midtown Plaza, Suite 1500
1349 West Peachtree Street, N.E.
Atlanta, Georgia 30309

Attorneys for Defendants/Third-Party Plaintiffs

## CERTIFICATE OF SERVICE

    I hereby certify that on May 14, 2010, a copy of the foregoing DEFENDANTS'/THIRD PARTY PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT AGAINST PLAINTIFF ON TORT IMMUNITY was served via the Courts ECF/CM electronic filing notification to the following attorneys of record:

G. Brinson Williams
Jones, Osteen and Jones
P.O. Box 800
Hinesville, GA 31310

David M. Wiesenfeld
Fred C. Abbott
Abbott & Wiesenfeld, PA
2929 Plummer Cove Road
Jacksonville, FL 32223

Craig R. White
Bryce W. Mowbray III
Skedsvold & White LLC
1050 Crown Pointe Parkway
Suite 710
Atlanta, GA 30338

G. Mason White
Brennan Harris & Rominger LLP
PO Box 2784
Savannah, GA 31402

*/s/ Vickie S. Carlton-Sadler*
Vickie S. Carlton-Sadler
Georgia Bar No.: 110410

297913